IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

THE SHERWIN-WILLIAMS CO.,
    Plaintiff,

v.

CITY OF COLUMBUS, OHIO, et al.,
    Defendants.

Case No. 2:06-CV-829
JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Terence P. Kemp

## ORDER

The Plaintiff's Motion for Hearing on its request for Preliminary Injunction (**Doc. #66**) is **MOOT** as this Court held a Hearing on June 19, 2007. The Plaintiff's Motion for Preliminary Injunction (**Doc. #67**) is also **MOOT** in view of the Court's Orders (Doc. #88 and #99) addressing the merits of the Plaintiff's motion. The Clerk shall remove these motions from the Court's pending motions list.

IT IS SO ORDERED.

3-26-2008
DATE

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE