IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

The Sherwin-Williams Company,

    Plaintiff,

v.

CASE NO. 2:06-CV-829
JUDGE EDMUND A. SARGUS, JR.
MAGISTRATE JUDGE KEMP

City of Columbus, Ohio, et al.,

    Defendants.

## ORDER

Plaintiff's Motions to Dismiss certain Defendants without prejudice under Federal Rule of Civil Procedure 41(a) are hereby GRANTED. The following Defendants are dismissed, without prejudice:

1. Defendants the City of Cincinnati, and the Mayor and City Attorney of Cincinnati in their official capacities. (Doc. 119, Am. Mot. at Doc. 120).

2. Defendants the City of Columbus, and the Mayor and City Attorney of Columbus in their official capacities. (Doc. 128).

3. Defendants the City of Lancaster and the Mayor of Lancaster, in his official capacity. (Doc. 118).

**IT IS SO ORDERED.**

_8-28-2008_
**DATE**

_____
**EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE**