IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

THE SHERWIN-WILLIAMS CO.,

    Plaintiff,

v.

CITY OF COLUMBUS, OHIO, et al.

    Defendants.

Case No. 2:06-cv-829

JUDGE EDMUND A. SARGUS, JR.

MAGISTRATE JUDGE TERENCE P. KEMP

## ORDER

This matter is before the Court for consideration of Plaintiff's Motion to Dismiss Without Prejudice Remaining Defendants. (Document 130.) Plaintiff's Motion is hereby **GRANTED**. The Court further directs the Clerk to terminate this case.

**IT IS SO ORDERED.**

9-2-2009
**DATED**

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE