AO 450 (Rev. 5/85) Judgment in a Civil Case

# *UNITED STATES DISTRICT COURT*
# *SOUTHERN DISTRICT OF OHIO*

Eastern Division

**THE SHERWIN-WILLIAMS CO.,**

       Plaintiff,

**vs.**

**CITY OF COLUMBUS, OHIO, et al.,**

       Defendants.

**JUDGMENT IN A CIVIL CASE**

**CASE NO. C2-06-829**
**JUDGE EDMUND A. SARGUS, JR.**
**MAGISTRATE JUDGE TERENCE P. KEMP**

___    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X    **Decision by Court.** A decision has been rendered by the Court without a hearing or trial.

**Pursuant to the Order filed September 2, 2009, JUDGMENT is hereby entered DISMISSING this case.**

Date: September 2, 2009                    JAMES BONINI, CLERK

                                                          */S/ Andy F. Quisumbing*
                                                          (By) Andy F. Quisumbing
                                                          Courtroom Deputy Clerk